UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Thomas Lewis § Case No. 12-17010
Janet Lewis §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                       $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/STEVEN R. RADTKE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-17010 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Thomas Lewis | | | | Date Filed (f) or Converted (c): | 04/25/2012 (f) |
| | Janet Lewis | | | | 341(a) Meeting Date: | 07/02/2012 |
| For Period Ending: | 11/27/2013 | | | | Claims Bar Date: | 01/28/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sfh At 7701 Bristol Park Dr, Tinley Park, Il 60477 | 213,200.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking Account W/ Old Second Bank | 200.00 | 0.00 | OA | 0.00 | FA |
| 3. Misc. Household Goods (Bedroom Furniture, Kitchen Appliances | 800.00 | 0.00 | OA | 0.00 | FA |
| 4. Books, Pictures, Vidoes, And Dvds | 200.00 | 0.00 | OA | 0.00 | FA |
| 5. Used Clothing | 600.00 | 0.00 | OA | 0.00 | FA |
| 6. Misc. Costume Jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 7. Sole Owner Of Brokers Print & Mail Resources Inc - Business | 6,320.78 | 0.00 | OA | 0.00 | FA |
| 8. Debtor's Mother Passed Away And The Estate Filed A Wrongful | 16,500.00 | 0.00 | | 47,799.87 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $237,870.78 | $0.00 | | $47,799.87 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's interest in a wrongful death claim filed by the estate of Debtor's mother against West Suburban Nursing Home & Rehab Center, pending in Circuit Court of Cook County, Illinois as Case No. 10 L 7811. Trustee also evaluated claim of exemption in wrongful death recovery filed by Debtor and determined claim was objectionable. Trustee retained general counsel, who conferred with Debtor's counsel re claim of exemption. Schedule C was amended to withdraw the claim of exemption in the wrongful death action. Settlement of state court action are in final stages.

Initial Projected Date of Final Report (TFR): 04/30/2014    Current Projected Date of Final Report (TFR): 04/30/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-17010 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Thomas Lewis | Bank Name: | Associated Bank |
| | Janet Lewis | Account Number/CD#: | XXXXXX5463 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1506 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/27/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/24/13 | 8 | The Rooth Law Firm Client Fund Account | Distributive Share from Mother's Estate<br>Debtor's share of wrongful death claim filed by Debtor's mother's estate in Case No. 10 L 007811 | 1129-000 | $47,799.87 | | $47,799.87 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.21 | $47,774.66 |
| 11/27/13 | 1001 | Thomas Lewis<br>7701 Bristol Park Drive<br>Tinley Park, IL 60477 | Debtor exemption in settlement of wrongful death lawsuit | 8100-002 | | $629.22 | $47,145.44 |

| | | |
|---|---|---|
| COLUMN TOTALS | $47,799.87 | $654.43 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $47,799.87 | $654.43 |
| Less: Payments to Debtors | $0.00 | $629.22 |
| Net | $47,799.87 | $25.21 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*   Page Subtotals: $47,799.87   $654.43

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5463 - Checking | $47,799.87 | $25.21 | $47,145.44 |
| | $47,799.87 | $25.21 | $47,145.44 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $47,799.87 |
| Total Gross Receipts: | $47,799.87 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-17010  
Debtor Name: Thomas Lewis  
Claims Bar Date: 1/28/2013  

Date: November 27, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $5,467.07 | $5,467.07 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $10.04 | $10.04 |
| 100 3210 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $11,552.50 | $11,552.50 |
| 100 3220 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $0.10 | $0.10 |
| 1 300 7100 | Atlas Acquisitions Llc<br>(Washington Mutual - Wa)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $20,565.27 | $20,565.27 |
| 2 300 7100 | Atlas Acquisitions Llc<br>(Wamu/Providian Bank)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $13,391.55 | $13,391.55 |
| 3 300 7100 | Fifth Third Bank<br>9441 Lbj Freeway, Suite 350<br>Dallas, Tx 75243 | Unsecured | | $0.00 | $25,309.81 | $25,309.81 |
| 4 300 7100 | Chrysler Financial<br>C/O Freedman Anselmo Lindberg<br>1807 W Diehl, Po Box 3107<br>Naperville, Il 60566 | Unsecured | | $0.00 | $11,929.06 | $11,929.06 |
| 5 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 248839<br>Oklahoma City, Ok 73124-8839 | Unsecured | | $0.00 | $6,776.44 | $6,776.44 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-17010  
Debtor Name: Thomas Lewis  
Claims Bar Date: 1/28/2013

Date: November 27, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of Capital One Bank (Usa), N.A. Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $6,740.60 | $6,740.60 |
| 8 300 7100 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of Capital One Bank (Usa), N.A. Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $1,004.30 | $1,004.30 |
| 9 300 7100 | American Infosource Lp As Agent For Asset Acceptance As Assignee Of Juniper - Barclays Bank Po Box 248838 Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $4,295.33 | $4,295.33 |
| | Case Totals | | | $0.00 | $107,042.07 | $107,042.07 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-17010
Case Name: Thomas Lewis
           Janet Lewis
Trustee Name: STEVEN R. RADTKE

Balance on hand                                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Washington Mutual - Wa) | $ | $ | $ |
| 2 | Atlas Acquisitions Llc (Wamu/Providian Bank) | $ | $ | $ |
| 3 | Fifth Third Bank | $ | $ | $ |
| 4 | Chrysler Financial | $ | $ | $ |
| 5 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 7 | Lvnv Funding, Llc Its Successors And Assigns As | $ | $ | $ |
| 8 | Lvnv Funding, Llc Its Successors And Assigns As | $ | $ | $ |
| 9 | American Infosource Lp As Agent For | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

      Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE