UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Thomas Lewis                        §      Case No. 12-17010
Janet Lewis                         §
                                    §
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on January 23, 2014
in Courtroom 644, U.S. Courthouse
219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: _____Kenneth S. Gardner_____
                                                  Clerk of the Bankruptcy Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Thomas Lewis § Case No. 12-17010
Janet Lewis §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 47,799.87 |
| and approved disbursements of | $ | 654.43 |
| leaving a balance on hand of[1] | $ | 47,145.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 5,467.07 | $ 0.00 | $ 5,467.07 |
| Trustee Expenses: STEVEN R. RADTKE | $ 10.04 | $ 0.00 | $ 10.04 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 11,552.50 | $ 0.00 | $ 11,552.50 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 0.10 | $ 0.00 | $ 0.10 |

Total to be paid for chapter 7 administrative expenses $ 17,029.71
Remaining Balance $ 30,115.73

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,012.36  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  33.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Washington Mutual - Wa) | $ 20,565.27 | $ 0.00 | $ 6,880.59 |
| 2 | Atlas Acquisitions Llc (Wamu/Providian Bank) | $ 13,391.55 | $ 0.00 | $ 4,480.45 |
| 3 | Fifth Third Bank | $ 25,309.81 | $ 0.00 | $ 8,467.99 |
| 4 | Chrysler Financial | $ 11,929.06 | $ 0.00 | $ 3,991.14 |
| 5 | N. A. Capital One Bank (Usa) | $ 6,776.44 | $ 0.00 | $ 2,267.22 |
| 7 | Lvnv Funding, Llc Its Successors And Assigns As | $ 6,740.60 | $ 0.00 | $ 2,255.22 |
| 8 | Lvnv Funding, Llc Its Successors And Assigns As | $ 1,004.30 | $ 0.00 | $ 336.01 |
| 9 | American Infosource Lp As Agent For | $ 4,295.33 | $ 0.00 | $ 1,437.11 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 30,115.73 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-17010-PSH
Thomas Lewis                                                        Chapter 7
Janet Lewis
        Debtors            **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: corrinal              Page 1 of 2              Date Rcvd: Dec 26, 2013
                              Form ID: pdf006             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2013.
db/jdb        +Thomas Lewis,    Janet Lewis,    7701 Bristol Park Dr,   Tinley Park, IL 60477-8525
18827468      +Arrow Financial,    c/o Blatt Hasenmiller Leibsker & Mo,    125 S Wacker Dr, Ste 400,
               Chicago, IL 60606-4440
19635137      +Atlas Acquisitions LLC  (WAMU/PROVIDIAN BANK),    294 Union St.,    Hackensack, NJ 07601-4303
19635136      +Atlas Acquisitions LLC  (Washington Mutual - Wa),    294 Union St.,   Hackensack, NJ 07601-4303
18827471      +Blatt Hasenmiller Leibsker & Moore,    125 S Wacker Dr, Ste 400,    Chicago, IL 60606-4440
18827472      +Blitt & Gaines,    661 Glenn Ave,   Wheeling, IL 60090-6017
18827475      +Capital One Bank,    PO Box 30285,   Salt Lake City, UT 84130-0285
20311720       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
18827476      +Capstone Financial,    c/o Albert Law Firm,   29 N Wacker Dr, #550,    Chicago, IL 60606-2851
18827477      +Chrysler Financial Services,    Americas LLC dba Chrysler,    c/o Freedman Anselmo Lindberg, LLC,
               POB  3216,   Naperville, IL 60566-7216
19818135      +FIFTH THIRD MORTGAGE COMPANY,    5001 KINGSLEY DR 1MOBBW,    CINCINNATI OH 45227-1114
18827478      +Fifth Third Bank,    Bankruptcy Dept, Mail Drop #RSCB3E,    1830 E Paris Ave SE,
               Grand Rapids, MI 49546-6253
19667436      +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
18827479      +Fifth Third Bank,    c/o Blatt Hasenmiller,   125 S Wacker Dr, Ste 400,    Chicago, IL 60606-4440
18827480      +First Midwest Bank,    3800 Rock Creek Blvd,   Joliet, IL 60431-7939
18827482      +HFC USA,   PO Box 3425,    Buffalo, NY 14240-3425
18827481      +Harvest Credit,    c/o Blatt Hasenmiller,   125 S Wacker Dr, Ste 400,    Chicago, IL 60606-4440
18827484      +Lorraine Glomb,    c/o John M Morrone,   12820 S Ridgeland, Ste C,    Palos Heights, IL 60463-2389
18827486     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA 23541)
18827487      +Wexler & Wexler,    500 W Madison, Ste 450,   Chicago, IL 60661-2767
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19927498       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 27 2013 00:04:32
               American InfoSource LP as agent for,    Asset Acceptance,
               as assignee of JUNIPER - BARCLAYS BANK,    PO Box 248838,    Oklahoma City, OK  73124-8838
18827469      +E-mail/Text: www@arthuradler.com Dec 27 2013 00:09:49      Arthur B Adler & Assoc,
               25 E Washington, Ste 500,    Chicago, IL 60602-1703
18827470      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 27 2013 00:09:19      Asset Acceptance,
               Attn: Bankruptcy,    PO Box 2036,    Warren, MI 48090-2036
18922998      +E-mail/Text: bnc@atlasacq.com Dec 27 2013 00:08:29      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303,    Attn: Avi Schild
18827473      +E-mail/Text: ndaily@ksnlaw.com Dec 27 2013 00:09:03      Bristol Park Townhome Assoc,
               c/o Kovitz Shifrin Nesbit,    750 Lake Cook Rd, Ste 350,    Buffalo Grove, IL 60089-2088
18827474      +E-mail/Text: ebn@squaretwofinancial.com Dec 27 2013 00:10:37      Cach LLC,
               4340 S Monaco St, 2nd Flr,    Denver, CO 80237-3408
19745902       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 27 2013 00:04:32       Capital One Bank (USA), N.A.,
               PO Box 248839,    Oklahoma City, OK  73124-8839
18827483       E-mail/Text: cio.bncmail@irs.gov Dec 27 2013 00:08:43      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
18827485      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2013 00:03:56       LVNV Funding,
               PO Box 740281,    Houston, TX 77274-0281
19893322       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2013 00:04:29
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           DiMonte & Lizak, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2013                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: corrinal               Page 2 of 2                  Date Rcvd: Dec 26, 2013
                              Form ID: pdf006              Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2013 at the address(es) listed below:
              Ira P Goldberg    on behalf of Trustee Steven R Radtke igoldberg@dimontelaw.com,
               jhutter@dimontelaw.com
              Julie M Gleason    on behalf of Joint Debtor Janet  Lewis juliegleasonlaw@gmail.com,
               gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;meaghan@chicagobk.com
              Julie M Gleason    on behalf of Debtor Thomas  Lewis juliegleasonlaw@gmail.com,
               gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;meaghan@chicagobk.com
              Meaghan M Doyle    on behalf of Debtor Thomas  Lewis meaghan@chicagobk.com
              Meaghan M Doyle    on behalf of Joint Debtor Janet  Lewis meaghan@chicagobk.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 7
```