UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Thomas Lewis § Case No. 12-17010
Janet Lewis §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Thomas Lewis |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bristol Park Townhome Assoc c/o Kovitz Shifrin Nesbit 750 Lake Cook Rd, Ste 350 Buffalo Grove, IL 60089 |  |  |  |  |  |
|  | Cach LLC 4340 S Monaco St, 2nd Flr Denver, CO 80237 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial c/o Freedman Anselmo Lindberg 1807 W Diehl, PO Box 3107 Naperville, IL 60566 | | | | | |
| | Fifth Third Bank Bankruptcy Dept, Mail Drop #RSCB3E 1830 E Paris Ave SE Grand Rapids, MI 49546 | | | | | |
| | First Midwest Bank 3800 Rock Creek Blvd Joliet, IL 60431 | | | | | |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | LVNV Funding PO Box 740281 Houston, TX 77274 | | | | | |
| 6 | Fifth Third Mortgage Company | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| DiMonte & Lizak, LLC | | | | | |
| DiMonte & Lizak, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arrow Financial c/o Blatt Hasenmiller Leibsker & Mo 125 S Wacker Dr, Ste 400 Chicago, IL 60606 | | | | | |
| | Asset Acceptance Attn: Bankruptcy PO Box 2036 Warren, MI 48090 | | | | | |
| | Capital One Bank PO Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Capstone Financial c/o Albert Law Firm 29 N Wacker Dr, #550 Chicago, IL 60606 | | | | | |
| | Fifth Third Bank c/o Blatt Hasenmiller 125 S Wacker Dr, Ste 400 Chicago, IL 60606 | | | | | |
| | Harvest Credit c/o Blatt Hasenmiller 125 S Wacker Dr, Ste 400 Chicago, IL 60606 | | | | | |
| | HFC USA PO Box 3425 Buffalo, NY 14240 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Lorraine Glomb c/o John M Morrone 12820 S Ridgeland, Ste C Palos Heights, IL 60463 | | | | | |
| | LVNV Funding PO Box 740281 Houston, TX 77274 | | | | | |
| | Portfolio Recovery Attn: Bankruptcy PO Box 41067 Norfolk, VA 23541 | | | | | |
| 9 | American Infosource Lp As Agent For | | | | | |
| 2 | Atlas Acquisitions Llc (Wamu/Providian Bank) | | | | | |
| 1 | Atlas Acquisitions Llc (Washington Mutual - Wa) | | | | | |
| 4 | Chrysler Financial | | | | | |
| 3 | Fifth Third Bank | | | | | |
| 7 | Lvnv Funding, Llc Its Successors And Assigns As | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Lvnv Funding, Llc Its Successors And Assigns As | | | | | |
| 5 | N. A. Capital One Bank (Usa) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-17010 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Thomas Lewis | | | | Date Filed (f) or Converted (c): | 04/25/2012 (f) |
| | Janet Lewis | | | | 341(a) Meeting Date: | 07/02/2012 |
| For Period Ending: | 03/07/2014 | | | | Claims Bar Date: | 01/28/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sfh At 7701 Bristol Park Dr, Tinley Park, Il 60477 | 213,200.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking Account W/ Old Second Bank | 200.00 | 0.00 | OA | 0.00 | FA |
| 3. Misc. Household Goods (Bedroom Furniture, Kitchen Appliances | 800.00 | 0.00 | OA | 0.00 | FA |
| 4. Books, Pictures, Vidoes, And Dvds | 200.00 | 0.00 | OA | 0.00 | FA |
| 5. Used Clothing | 600.00 | 0.00 | OA | 0.00 | FA |
| 6. Misc. Costume Jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 7. Sole Owner Of Brokers Print & Mail Resources Inc - Business | 6,320.78 | 0.00 | OA | 0.00 | FA |
| 8. Debtor's Mother Passed Away And The Estate Filed A Wrongful | 16,500.00 | 0.00 | | 47,799.87 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $237,870.78     $0.00     $47,799.87     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's interest in a wrongful death claim filed by the estate of Debtor's mother against West Suburban Nursing Home & Rehab Center, pending in Circuit Court of Cook County, Illinois as Case No. 10 L 7811. Trustee also evaluated claim of exemption in wrongful death recovery filed by Debtor and determined claim was objectionable. Trustee retained general counsel, who conferred with Debtor's counsel re claim of exemption. Schedule C was amended to withdraw the claim of exemption in the wrongful death action. Settlement of state court action are in final stages.

Initial Projected Date of Final Report (TFR): 04/30/2014     Current Projected Date of Final Report (TFR): 04/30/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-17010 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Thomas Lewis | Bank Name: Associated Bank |
| Janet Lewis | Account Number/CD#: XXXXXX5463 |
| | Checking |
| Taxpayer ID No: XX-XXX1506 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/07/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/24/13 | 8 | The Rooth Law Firm Client Fund Account | Distributive Share from Mother's Estate  Debtor's share of wrongful death claim filed by Debtor's mother's estate in Case No. 10 L 007811 | 1129-000 | $47,799.87 | | $47,799.87 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.21 | $47,774.66 |
| 11/27/13 | 1001 | Thomas Lewis  7701 Bristol Park Drive  Tinley Park, IL 60477 | Debtor exemption in settlement of wrongful death lawsuit | 8100-002 | | $629.22 | $47,145.44 |
| 01/24/14 | 1002 | STEVEN R. RADTKE  CHILL, CHILL & RADTKE, P.C.  79 WEST MONROE STREET  SUITE 1305  CHICAGO, IL  60603  , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,467.07 | $41,678.37 |
| 01/24/14 | 1003 | STEVEN R. RADTKE  CHILL, CHILL & RADTKE, P.C.  79 WEST MONROE STREET  SUITE 1305  CHICAGO, IL  60603  , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $10.04 | $41,668.33 |
| 01/24/14 | 1004 | DiMonte & Lizak, LLC  216 West Higgins Road  Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $11,552.50 | $30,115.83 |
| 01/24/14 | 1005 | DiMonte & Lizak, LLC  216 West Higgins Road  Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $0.10 | $30,115.73 |
| 01/24/14 | 1006 | Atlas Acquisitions Llc (Washington Mutual - Wa)  294 Union St.  Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 33.46 % per court order. | 7100-000 | | $6,880.59 | $23,235.14 |
| 01/24/14 | 1007 | Atlas Acquisitions Llc (Wamu/Providian Bank)  294 Union St.  Hackensack, Nj 07601 | Final distribution to claim 2 representing a payment of 33.46 % per court order. | 7100-000 | | $4,480.45 | $18,754.69 |
| | | | Page Subtotals: | | $47,799.87 | $29,045.18 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-17010 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Thomas Lewis | Bank Name: | Associated Bank |
|  | Janet Lewis | Account Number/CD#: | XXXXXX5463 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX1506 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/07/2014 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/14 | 1008 | Fifth Third Bank<br>9441 Lbj Freeway, Suite 350<br>Dallas, Tx 75243 | Final distribution to claim 3 representing a payment of 33.46 % per court order. | 7100-000 |  | $8,467.99 | $10,286.70 |
| 01/24/14 | 1009 | Chrysler Financial<br>C/O Freedman Anselmo Lindberg<br>1807 W Diehl, Po Box 3107<br>Naperville, Il 60566 | Final distribution to claim 4 representing a payment of 33.46 % per court order. | 7100-000 |  | $3,991.14 | $6,295.56 |
| 01/24/14 | 1010 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 248839<br>Oklahoma City, Ok 73124-8839 | Final distribution to claim 5 representing a payment of 33.46 % per court order. | 7100-000 |  | $2,267.22 | $4,028.34 |
| 01/24/14 | 1011 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Capital One Bank (Usa), N.A.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 7 representing a payment of 33.46 % per court order. | 7100-000 |  | $2,255.22 | $1,773.12 |
| 01/24/14 | 1012 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Capital One Bank (Usa), N.A.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 8 representing a payment of 33.46 % per court order. | 7100-000 |  | $336.01 | $1,437.11 |
| 01/24/14 | 1013 | American Infosource Lp As Agent For Asset Acceptance<br>As Assignee Of Juniper - Barclays Bank<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 9 representing a payment of 33.46 % per court order. | 7100-000 |  | $1,437.11 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $47,799.87 | $47,799.87 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $47,799.87 | $47,799.87 |
| Less: Payments to Debtors | $0.00 | $629.22 |
| Net | $47,799.87 | $47,170.65 |
| Page Subtotals: | $0.00 | $18,754.69 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5463 - Checking | $47,799.87 | $47,170.65 | $0.00 |
|  | $47,799.87 | $47,170.65 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $47,799.87 |
| Total Gross Receipts: | $47,799.87 |

Page Subtotals:  $0.00   $0.00